MAIN v. QUICKEL, *Wetmore,* for plaintiff; *Quickel,* for defendant. Affirmed.

FURR v. RAILROAD, *McCall,* for plaintiff; *Bason,* for defendant. Affirmed.

MOSES v. RAILROAD, *Burwell & Cansler,* for plaintiff; *Bason,* for defendant. Affirmed.

McMANUS v. RAILROAD, *Bason,* for defendant. Dismissed for failure to print briefs and for want of bond.

THOMAS v. THE LOUISE MILLS, *Montgomery & Crowell,* for plaintiff; *Jones & Tillett,* for defendant. Affirmed.

RUTLEDGE v. COTTON MILLS, *Mangum,* for plaintiff; *Mason,* for defendant. Affirmed.

HURLEY v. RAILROAD, *Mangum,* for plaintiff; *Busbee & Son,* for defendant. Affirmed.

BLAND v. PURCELL, *Clarkson & Duls,* for plaintiff; *McCall & Nixon,* for defendant. Affirmed by a majority of the Court. CONNOR, J., dissenting. (WALKER, J., did not sit.)

TEASTER v. LUMBER CO., *Lovill,* for plaintiff; *Newland,* for defendant. Motion to reinstate appeal denied.

HUITT v. RAILROAD, *Self & Whitener,* for plaintiff; *Erwin,* for defendant. Affirmed.

HAYES v. STAFFORD, *Linney,* for plaintiff; *Bower,* for defendant. Appeal of defendant dismissed for failure to file record at proper term and for failure to file brief in time.

MILLER v. McGUIRE, *Linney,* for defendant. Motion to docket and dismiss under Rule 17 allowed.

IN RE ENTRIES OF DRURY, *Perkins* and *Justice,* for appellant; *Avery,* for appellee. Affirmed. ·

RICE v. POTTER, *Moore,* for plaintiff. Dismissed for failure to print record.

CARMICHAEL v. EVERETT, *Pou & Fuller,* for plaintiff; *Gash,* for defendant. Dismissed for failure to file brief.